UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED IN OPEN COURT

3·26·2026

CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

v.

CASE NO.  3:26-cr-39-JEP-SJH
8 U.S.C. §1326(a)

JOSE ALONZO SANCHEZ-TALABERA

## INDICTMENT
### (Illegal Re-Entry by Deported Alien)

The Grand Jury charges:

## COUNT ONE

On or about March 14, 2026, in the Middle District of Florida, and elsewhere,

the defendant,

JOSE ALONZO SANCHEZ-TALABERA,

a citizen of Mexico and an alien in the United States, who previously had been

convicted of an aggravated felony offense, specifically manufacture/deliver a

controlled substance-cocaine, on or about November 1, 2017, was found unlawfully

present in the United States without having obtained the consent of the Attorney

General or the Secretary of Homeland Security for the United States to apply for

admission to or re-enter the United States after having been deported and removed

from the United States on or about June 28, 2019.

In violation of 8 U.S.C. §§ 1326(a) and (b)(2).

A TRUE BILL,

███████████████████████

Foreperson

GREGORY W. KEHOE
United States Attorney

By: _____
ELISIBETH ADAMS
Assistant United States Attorney

By: _____
MICHAEL COOLICAN
Assistant United States Attorney
Chief, Jacksonville Division

FORM OBD-34
3/18/26 Revised

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Jacksonville Division

## THE UNITED STATES OF AMERICA

vs.

## JOSE ALONZO SANCHEZ-TALABERA

## INDICTMENT

Violations: 8 U.S.C. §1326(a)

A true bill,

_____
Foreperson

Filed in open court this 26th day of March 2026.

_____
Clerk

Bail   $_____

GPO 863 525